UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO,

          Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC;
TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; and
JPMORGAN CHASE BANK, N.A.,

          Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

      On September 28, 2020, the Court scheduled a telephonic initial conference for October 29, 2020, at 9:30 a.m. (Doc. #20). Counsel for plaintiff and defendants Equifax Information Services, LLC; Trans Union, LLC; and JPMorgan Chase Bank, N.A. appeared at the October 29 conference. Counsel for defendant Experian Information Solutions, Inc. ("Experian") failed to appear for the telephonic conference, without excuse of explanation.

      Accordingly, it is HEREBY ORDERED that by <u>November 2, 2020</u>, counsel for defendant Experian shall submit a letter explaining their failure to appear for the October 29, 2020, conference and why the court should not impose sanctions for failure to appear.

Dated: October 29, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge