UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

_Lombardo_ ,
                              Plaintiff(s),

v.

_Trans-Union_ ,
                              Defendant(s).

-------------------------------------------------------x

**CALENDAR NOTICE**

20 CV 6813 (VB)

        ~~PLEASE~~ **PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

___ Status conference                    ___ Final pretrial conference

___ Telephone conference               ___ Jury selection and trial

✓ Pre-motion conference               ___ Bench trial

___ Settlement conference              ___ Suppression hearing

___ Oral argument                        ___ Plea hearing

___ Bench ruling on motion             ___ Sentencing

on _10-12-_ , 20_22_ , at _11:00 Am_ , in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.  Adjourned from _10/10/22_

        **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices.  Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _8-31-_ , 20 _22_
        White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge