UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO,
           Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
           Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

    As discussed at a conference held today and attended by counsel for both parties, it is HEREBY ORDERED:

    1.    By **November 14, 2022**, counsel for defendant shall submit a joint letter regarding the status of the parties' settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

    2.    Defendant's motion for summary judgment is due **November 28, 2022**.

    3.    Plaintiff's opposition is due **January 12, 2023**.

    4.    Defendant's reply is due **January 26, 2023**.

Dated: October 12, 2022
       White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge