UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO,
                      Plaintiff,

v.

JPMORGAN CHASE BANK, N.A..,
                      Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

      Defendant's motion for summary judgment (Doc. #164) is GRANTED IN PART and DENIED IN PART. All of plaintiff's claims will go forward except for her claims that defendant, by repossessing the vehicle, breached the lease and violated the Connecticut UCC. To be clear, the breach of contract and UCC claims shall proceed, except to the extent they are predicated upon the repossession of the vehicle.

      A case management conference is scheduled for **August 29, 2023, at 3:30 p.m.**, at which time the Court will issue a bench ruling explaining the basis for its decision.

      The parties shall be prepared to discuss the setting of a trial date and a schedule for pretrial submissions, as well as what efforts they have made and will make to settle this case. The conference will take place in Courtroom 620 at the White Plains courthouse.

      The Clerk is instructed to terminate the motion. (Doc. #164).

Dated: July 21, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge