UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO, :
                Plaintiff, :
: **ORDER**
v. :
: 20 CV 6813 (VB)
JPMORGAN CHASE BANK, N.A., :
                Defendant. :
--------------------------------------------------------------x

       As discussed at an on-the-record conference held yesterday, September 27, 2023, and attended by counsel for both parties, it is HEREBY ORDERED:

       1.      By **October 11, 2023**, counsel for defendant shall submit a joint letter regarding how the parties wish to proceed with respect to mediation.

Dated: September 28, 2023
           White Plains, NY

                                            SO ORDERED:

                                            _____
                                            Vincent L. Briccetti
                                            United States District Judge