**SCHLANGER LAW GROUP LLP**

January 17, 2024

**VIA ECF**

Hon. Vincent L. Briccetti
U.S. District Court - S.D.N.Y.
300 Quarropas St.
White Plains, NY 10601

        **Re:**        *Lombardo v. Trans Union, LLC*
        **Civil Action Number:**    7:20-cv-06813-VB-AEK

## NOTICE OF SETTLEMENT

Your Honor:

    My office represents Plaintiff in the above-referenced matter.

    I write on behalf of Plaintiff and Defendant JPMorgan Chase Bank, N.A. ("Defendant") pursuant to this Court's ECF Order dated November 21, 2023. ECF 209.

    The parties write to inform the Court that Plaintiff and Defendant mediated this case on January 15, 2024 and are pleased to notify the Court that, with the assistance of the Hon. Gregory P. Holder (ret.), they have reached a settlement. The parties are in the process of finalizing the relevant settlement documents.

    In light of the foregoing, Plaintiff and Defendant jointly request that the upcoming status conference, currently scheduled for January 23, 2024, be cancelled. The parties further request that all deadlines be stayed pending finalization of the settlement. Plaintiff and Defendant respectfully propose that they shall file a stipulation of dismissal on or before February 27, 2024 and, if a stipulation is not filed by that date, shall provide the Court with a status report regarding finalization of settlement.

                              Respectfully,

                              */s/Daniel A. Schlanger*

                              Daniel A. Schlanger

cc: All Counsel (via ECF)

**New York City:**
80 Broad Street, Suite 3103
New York, NY 10004

**Harrison (Westchester), NY:**
600 Mamaroneck Ave., Suite 400
Harrison, NY 10528

**Rochester, NY:**
45 Exchange Blvd., Suite 600
Rochester, NY 14614

**T.** 212.500.6114
**F.** 646.612.7996
**E.** dschlanger@consumerprotection.net

*Please use our Westchester address for all hard copy correspondence.*