UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO,
                              Plaintiff,

v.

JPMORGAN CHASE BANK, N.A..,
                              Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

      Having reviewed Mr. Schlanger's letter (Doc. #216) in light of the background of this case, the Court directs counsel for all parties, as well as plaintiff Lisa Lombardo, to appear at a status conference on **May 8, 2024, at 3:00 p.m.**, to proceed in person at the White Plains courthouse, courtroom 620.

      The Court further directs counsel for plaintiff to: (i) inform Ms. Lombardo that she is required to appear at the status conference; (ii) mail a copy of this Order to Ms. Lombardo; and (iii) file proof that he mailed a copy of this Order to Ms. Lombardo on the docket by **April 26, 2024**.

Dated: April 22, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge