```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO,
                      Plaintiff,

v.

JPMORGAN CHASE BANK, N.A..,
                      Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

      Having reviewed the joint status report submitted by counsel for plaintiff (Doc. #222), and in light of plaintiff Lisa Lombardo's <u>ex parte</u> letter to the Court,[1] the Court directs counsel for all parties, as well as plaintiff Lisa Lombardo, to appear at the status conference currently scheduled for **June 18, 2024, at 2:30 p.m.**, to proceed in person at the White Plains courthouse, courtroom 620.

      The Court directs counsel for plaintiff to: (i) inform Ms. Lombardo that she is required to appear at the status conference; (ii) email a copy of this Order to Ms. Lombardo; and (iii) file proof that he emailed a copy of this Order to Ms. Lombardo on the docket by **June 17, 2024**.

      In addition, Chambers will email a copy of this Order to plaintiff at lombardct@yahoo.com and mail a copy to:

Lisa Lombardo
50 Forest Street
#608
Stamford, CT 06901

Dated: June 12, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

---

[1] The Court notes that it has not yet received the letter plaintiff's counsel purportedly sent for <u>in camera</u> review via overnight mail, as indicated in the joint status report. (Doc. #222).