UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO,
          Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
          Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

      As discussed at a conference held today and attended by plaintiff Lisa Lombardo and counsel for all parties, it is HEREBY ORDERED:

      1.     By **July 16, 2024**, defendant JPMorgan Chase Bank, N.A. shall file a motion to enforce the settlement purportedly agreed to at the parties' mediation held on January 15, 2024.

      2.     By **August 2, 2024**, plaintiff's counsel shall file either an opposition to defendant's motion to enforce the settlement or a motion to withdraw as counsel for plaintiff. If plaintiff's counsel moves to withdraw, he must comply with Local Civil Rule 1.4, including indicating whether he is asserting a retaining or charging lien, and must indicate in the motion whether he has served plaintiff with the motion to withdraw and whether plaintiff consents.

      3.     If plaintiff's counsel moves to withdraw, plaintiff must file an opposition to the motion to withdraw, if any, by **August 16, 2024**. After resolving that motion, the Court will set a further briefing schedule with respect to the motion to enforce the settlement.

      4.     Plaintiff's counsel is directed to serve Plaintiff with a copy of this Order and all motions and related papers filed pursuant to this Order.

Dated: June 18, 2024
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge