```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO,
          Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
          Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

    Plaintiff's counsel filed a letter requesting an extension of time to file on ECF Ms. Lombardo's opposition to her counsel's motion to withdraw from August 30, 2024, to September 3, 2024. (Doc. #252). Plaintiff's counsel indicated Ms. Lombardo expects to serve her opposition papers on her counsel by 5:00 p.m. on August 30, 2024. Plaintiff's counsel requested the extension because it would allow plaintiff's counsel time to review the opposition and file the opposition and any relevant motion to seal on the following business day. Defendant JPMorgan Chase Bank, N.A. and Ms. Lombardo consent to plaintiff's counsel's request.

    Accordingly, plaintiff's counsel's request is GRANTED. The deadline for plaintiff's counsel to file Ms. Lombardo's opposition papers and any relevant motion to seal is extended to **September 3, 2024**.

Dated: August 29, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge