```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO,
           Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
           Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

In connection with plaintiff's counsel's reply in support of his motion to withdraw, plaintiff's counsel filed two letters seeking to seal certain portions of the reply and exhibits to his supporting declaration. (Docs. ##261, 266).

There is a presumption of public access to judicial documents, which includes memoranda of law and declarations. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 120 (2d Cir. 2006). However, there is no presumptive right of access to settlement discussions and documents. See United States v. Glens Falls Newspapers, Inc., 160 F.3d 853, 857 (2d Cir. 1998).

For the reasons set forth in plaintiff's counsel's letters, the request to seal is GRANTED. Accordingly, it is HEREBY ORDERED:

1. The Clerk is directed to place Docs. ##262, 263 (and its attachments), and 266-2 under seal so they remain restricted to court users, plaintiff, and plaintiff's counsel.

2. In addition, the Clerk is directed to place Doc. #266-1 under seal so it remains restricted to court users and the parties.

3. The Clerk is further directed to make Doc. #266 (but not Docs. ##266-1 and 266-2) available to the public.

4. The Clerk is directed to terminate Doc. #261.

Dated: September 17, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge