```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO,                                                 :
                    Plaintiff,                                 :
                                                               :    ORDER
v.                                                             :
                                                               :    20 CV 6813 (VB)
JPMORGAN CHASE BANK, N.A.,                                     :
                    Defendant.                                 :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/24

      On December 2, 2024, Schlanger Law Group, LLP ("Schlanger"), former counsel for plaintiff, filed a letter motion to seal and redact portions of its memorandum and declarations (Doc. #277) in support of its motion to intervene and to submit documents in further support of defendant's motion to enforce the parties' settlement agreement (Doc. #273). In particular, Schlanger seeks to redact portions of its submissions that disclose settlement negotiations, settlement terms or proposed amended settlement terms, and attorney-client communications.

      There is a presumption of public access to judicial documents, which includes memoranda of law and declarations. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 120 (2d Cir. 2006). However, there is no presumptive right of access to settlement discussions and documents. See United States v. Glen Falls Newspapers, Inc., 160 F.3d 853, 857 (2d Cir. 1998).

      For the reasons set forth in Schlanger's letter-motion, the request to seal is GRANTED. The Clerk is directed to place Docs. ##278, 279 and its attachments, and 280 under seal so they remain restricted to court users and plaintiff.

      The Clerk is further directed to terminate Doc. #277.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 3, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge