UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LISA LOMBARDO,
        Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
        Defendant.
-----------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2025

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

      On January 10, 2025, defendant JPMorgan Chase Bank, N.A., jointly with interested party Daniel Schlanger, Esq., requested an order regarding the procedure for redacting and/or sealing certain portions of plaintiff Lisa Lombardo's forthcoming opposition to defendant's motion to enforce the parties' settlement agreement and Mr. Schlanger's motion to intervene. (Doc. #287).

      According to defense counsel, he and Mr. Schlanger reached out to plaintiff on December 17, 2024, regarding how they could meet-and-confer regarding the potential need to seal and/or redact portions of her opposition. Plaintiff initially responded by requesting defendant send its "filing procedure proposal and any legal support in writing for my consideration." (Doc. #287 at 2). However, counsel for defendant indicates plaintiff has not responded to his follow up emails on December 27, 2024, and January 6, 2025. Defendant and Schlanger thus seek an order:

> (i) directing Plaintiff to serve us with her opposition via email, including any proposed redactions, on the date the opposition is due (but not to file it with the Court on that date)[;] (ii) permitting us a short period of time to make whatever additional redactions Chase and/or Mr. Schlanger believe are necessary; and (iii) permitting Chase or Mr. Schlanger to publicly file the redacted version of her opposition, in addition to an unredacted version of her opposition under seal.

(Id. at 3).

      As set forth in Part 3.B of Judge Briccetti's Individual Practices, the parties "should meet and confer" regarding sealing or redacting materials in order "to narrow the scope of the request." Plaintiff is bound by this requirement, and has apparently not fully complied. However, the Court is not inclined to order such a specific remedy at this point. Rather, plaintiff is directed to meet and confer with defense counsel and Mr. Schlanger regarding a procedure for redacting and/or sealing portions of her opposition. However, if plaintiff fails to comply with this Order, defendant may renew its request ahead of the January 21, 2025, deadline for plaintiff's opposition.

      The Clerk is directed to terminate Doc. #287.

   Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: January 13, 2025
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

2