Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-3-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO,            :
          Plaintiff,        :
                                      :    **ORDER**
v.                        :
                                      :    20 CV 6813 (VB)
JPMORGAN CHASE BANK, N.A.,:
          Defendant.        :
--------------------------------------------------------------x

      On January 31, 2025, counsel for defendant JPMorgan Chase Bank, N.A., jointly with interested party Daniel Schlanger, Esq., filed a letter motion to seal and redact portions of plaintiff Lisa Lombardo's memorandum of law in opposition to defendant's motion to enforce the parties' settlement agreement and her former counsel Schlanger Law Group, LLP's motion to intervene, as well as her supporting declaration and exhibits. (Docs. ##297, 298). In particular, defendant and Mr. Schlanger seek to redact portions of plaintiff's submissions that disclose settlement terms or proposed amened settlement terms. Plaintiff does not object to the proposed redactions.

      There is a presumption of public access to judicial documents, which includes memoranda of law and declarations. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 120 (2d Cir. 2006). However, there is no presumptive right of access to settlement discussions and documents. See United States v. Glen Falls Newspapers, Inc., 160 F.3d 853, 857 (2d Cir. 1998).

      For the reasons set forth in defendant's letter-motion, the request to seal is GRANTED. The Clerk is directed to place Docs. ##297 and 298 and its attachments under seal so they remain restricted to court users and plaintiff.

      The Clerk is further directed to terminate Doc. #296.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: February 3, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge