Copies Mailed/Faxed 2/12/25
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO,
               Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
               Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/25

       On February 11, 2025, interested party Daniel Schlanger, Esq., filed a letter motion (Doc. #303) to seal and redact portions of its declarations (Docs. ##304–306) in further support of its motion to intervene and defendant JPMorgan Chase Bank, N.A.'s motion to enforce the parties' settlement agreement. Also on February 11, 2025, defendant filed a letter motion (Doc. #308) to seal and redact portions of its reply in further support of its motion to enforce the parties' settlement agreement (Doc. #309). In particular, Mr. Schlanger and defendant seek to redact portions of their submissions that disclose settlement negotiations, settlement terms, and proposed amended settlement terms.

       There is a presumption of public access to judicial documents, which includes memoranda of law and declarations. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 120 (2d Cir. 2006). However, there is no presumptive right of access to settlement discussions and documents. See United States v. Glen Falls Newspapers, Inc., 160 F.3d 853, 857 (2d Cir. 1998).

       For the reasons set forth in Mr. Schalnger's and defendant's letter-motions, the requests to seal are GRANTED. The Clerk is directed to place Doc. #304 and its attachments and Doc. #306 under seal so they remain restricted to court users, plaintiff, and interested party Mr. Schlanger. The Clerk is further directed to place Docs. ##305 and 309 under seal so they remain restricted to court users and the parties.

       The Clerk is directed to terminate Docs. ##303, 308.

       Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: February 12, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge