Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO,
               Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
               Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/25

      On March 19, 2025, plaintiff filed a memorandum of law (Doc. #313) in support of her motion to reconsider this Court's Opinion and Order granting defendant's motion to enforce the parties' settlement agreement (Doc. #312). That memorandum of law is incomplete; specifically, page #5 is missing. By close of business today, March 21, 2025, plaintiff is directed to (i) file a complete copy of her memorandum of law, and (ii) email a copy of that memorandum to defense counsel and to Mr. Schlanger.

      By March 27, 2025, defense counsel and Mr. Schlanger, separately, shall file responses to plaintiff's motion. No reply will be permitted absent prior permission from the Court.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: March 21, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge