UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO,
                Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
                Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/25

    The case management conference scheduled for June 10, 2025, at 10:00 a.m. is ADJOURNED to **June 24, 2025, at 11:00 a.m.** Plaintiff and Mr. Schlanger are directed to appear in person, and counsel for JPMorgan Chase may appear in person or by phone. The dial-in details are as follows:

    Teleconference line: +1 (914) 292-4033

    Phone conference ID: 291 086 313

    Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: May 22, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge