Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7\23\25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO,

        Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

        Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

      As discussed at a conference held today and attended by plaintiff, Mr. Schlanger, and counsel for JPMorgan Chase, it is HEREBY ORDERED:

1. On November 7, 2024, the Court granted Mr. Schlanger's motion to withdraw as plaintiff's counsel and to fix a charging lien on plaintiff's settlements in this case. (Doc. #270). By **September 2, 2025**, Mr. Schlanger shall file his motion for a determination of the amount of the charging lien.

2. By **October 2, 2025**, Ms. Lombardo shall file her response.

3. By **October 21, 2025**, Mr. Schlanger shall file his reply.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: July 22, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge