```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO,
               Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
               Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

    On August 28, 2025, Mr. Schlanger moved for a two-week extension of all briefing deadlines related to his motion for a determination of the amount of the charging lien. (Doc. #329). For the reasons set forth in Mr. Schlanger's letter, the motion is GRANTED.

    Accordingly, it is HEREBY ORDERED:

1. By **September 16, 2025**, Mr. Schlanger shall file his motion for a determination of the amount of the charging lien.

2. By **October 16, 2025**, Ms. Lombardo shall file her response.

3. By **November 4, 2025**, Mr. Schlanger shall file his reply.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: August 28, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge