Copies Mailed/Faxed 9-17-25
Chambers of Vincent L. Briccetti

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-17-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO,
      Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
      Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

    On September 16, 2025, Mr. Schlanger moved to seal portions of his (i) his motion to fix the amount of the charging lien; (ii) the memorandum of law in support of his motion; and (iii) the declaration and exhibits he filed in support of his motion. (Doc. #340). For the reasons set forth in his letter-motion, the request to seal is GRANTED.

    Accordingly, it is HEREBY ORDERED:

    1. The Clerk is directed to place Docs. ## 341, 342, 343, and their attachments under seal so they remain restricted only to court users, plaintiff, and interested party Schlanger Law Group, LLP. Defendant JP Morgan Chase Bank, N.A. should not have access to these documents.

    2. Mr. Schlanger is directed to file the partially redacted copies of the documents created for defendant JP Morgan Chase Bank, N.A., and mentioned in the final paragraph of his letter.

    3. Finally, the Clerk is instructed to terminate the sealing motion. (Doc. #340).

    Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: September 17, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge