```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LISA LOMBARDO,
                    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
                    Defendant.
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/25

**ORDER**

20 CV 6813 (VB)

On October 10, 2025, plaintiff requested a 30-day extension of time to file her opposition to Mr. Schlanger's motion for a determination of the amount of the charging lien. (Doc. #349). That request is GRANTED.

Accordingly, it is HEREBY ORDERED:

1. By **November 17, 2025**, Ms. Lombardo shall file her response.

2. By **December 8, 2025**, Mr. Schlanger shall file his reply.

Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: October 16, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge