UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LISA LOMBARDO,

               Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

               Defendant.

------------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/25

Copies Mailed/Faxed 11/25/25
Chambers of Vincent L. Briccetti

On November 24, 2025, defendant JPMorgan Chase Bank and interested party Schlanger Law Group, LLP, moved to seal the unredacted copy of plaintiff Lisa Lombardo's Opposition to Former Counsel's Motion to Fix Amount of Charging Lien. (Doc. #353).

For the reasons set forth therein, the motion is GRANTED.

The Clerk is directed to seal plaintiff's opposition (Doc. #351) and terminate the instant motion (Doc. #353).

Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: November 24, 2025
     White Plains, NY

                                 SO ORDERED:

                                 Vincent L. Briccetti
                                 United States District Judge