UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LISA LOMBARDO,                                           :
                          Plaintiff,                     :
                                                         :     **ORDER**
v.                                                       :
                                                         :     20 CV 6813 (VB)
JPMORGAN CHASE BANK, N.A.,                               :
                          Defendant.                     :
-------------------------------------------------------------x

On December 22, 2025, interested party Schlanger Law Group, LLP, moved to seal its reply memorandum of law and affirmation in support of motion to fix the amount of the charging lien. (Docs. #358).

For the reasons set forth therein, the motion is GRANTED.

The Clerk is directed to seal the reply memorandum of law (Doc. #361), as well as the affirmation in support (Doc. #362), and terminate the instant motion (Doc. #358).

Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated:  December 23, 2025
        White Plains, NY                      SO ORDERED:

                                              _____
                                              Vincent L. Briccetti
                                              United States District Judge