Copies Mailed/Faxed 4/9/26
Chambers of Vincent L. Briccetti )H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

LISA LOMBARDO,

              Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

              Defendant.

----------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/26

      On April 8, 2026, the Court issued an opinion and order ("Opinion") granting interested party Schlanger Law Group, LLP's motion to fix the amount of a charging lien. (Doc. #366). The Opinion was filed both under seal and publicly on the docket with redactions. Plaintiff, defendant JPMorgan Chase Bank, N.A., and Schlanger Law Group, LLP, have each been provided with a copy of the unredacted version.

      Because of the presumption of public access, the Court disfavors filing opinions under seal. Therefore, by April 22, 2026, any party seeking to maintain the Opinion under seal shall file a letter setting forth the reasons for keeping the Opinion sealed. Oppositions, if any, shall be filed by April 29, 2026.

Dated: April 9, 2026
       White Plains, NY

                    SO ORDERED:

                    _____
                    Vincent L. Briccetti
                    United States District Judge