UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LISA LOMBARDO,

                Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

                Defendant.

------------------------------------------------------------x

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #: _____
> DATE FILED: 5/4/26

**ORDER**

20 CV 6813 (VB)

Copies Mailed/Faxed 5/4/26
Chambers of Vincent L. Briccetti

By letter-motion dated April 22, 2026 (Doc. #369), defendant JPMorgan Chase Bank, N.A. ("Chase"), and interested party Schlanger Law Group, LLP, requested that the Court's opinion and order dated April 8, 2026 (Doc. #366), be (i) filed publicly with redactions limited to the amounts of settlements between plaintiff Lisa Lombardo and the four defendants pursuant to the parties' respective settlement agreements, and (ii) remain under seal in unredacted form. Plaintiff did not oppose the motion. For the reasons set forth in the letter-motion, the request is GRANTED.

Accordingly, it is HEREBY ORDERED:

1. The unredacted opinion and order (Doc. #368) shall remain filed under seal.

2. The Clerk is directed to strike Doc. #366 from the ECF docket.

3. The Court will separately file the proposed redacted opinion and order (Doc. #369-1) as the Court's redacted opinion and order.

4. The Clerk is instructed to terminate the letter-motion. (Doc. #369).

Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: May 4, 2026
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge