Copies Mailed/Faxed *item e 5-6-26* ⊃* 9

Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-6-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LISA LOMBARDO,                              :
              Plaintiff,                       :
                                 :                    **ORDER**
v.                                          :
                                 :                    20 CV 6813 (VB)
JPMORGAN CHASE BANK, N.A.,                  :
              Defendant.                      :
-------------------------------------------------------------x

       All of the remaining issues in this case have now been resolved.  Accordingly, the Clerk is directed to close the case.

       Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: May 6, 2026
      White Plains, NY

                             SO ORDERED:

                             _____
                             Vincent L. Briccetti
                             United States District Judge