UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LISA LOMBARDO,                                    :
                        Plaintiff,                :
                                                  :        **<u>ORDER</u>**
v.                                                :
                                                  :        20 CV 6813 (VB)
JPMORGAN CHASE BANK, N.A.,                         :
                        Defendant.                :
-------------------------------------------------------------x

The Clerk is directed to strike the Redacted Opinion and Order (Doc. #371) from the ECF docket.

Chambers will separately docket a copy of proposed redacted Doc. #369-1 as the Court's Opinion and Order.

Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: May 6, 2026
        White Plains, NY                    SO ORDERED:


                                            _____
                                            Vincent L. Briccetti
                                            United States District Judge