Copies Mailed/Faxed + e MAr led
Chambers of Vincent L. Briccetti 5\7\26
D&s

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

LISA LOMBARDO,

      Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

      Defendant.

-------------------------------------------------------x

**ORDER**

20 CV 6813 (VB)

On May 6, 2026, the Clerk's Office received plaintiff's "Consolidated Motion Pursuant to Fed. R. Civ. P. 52(b) to Amend Findings of Fact and Fed. R. Civ. P. 59(e) to Alter Or Amend Judgment" (the "Motion"). A courtesy copy of plaintiff's motion papers was delivered to Chambers on May 7, 2026.

By letter-motion dated May 7, 2026, defendant JPMorgan Chase Bank, N.A. ("Chase") jointly with interested party Daniel Schlanger, Esq., requested that the Motion not be posted on the public docket at this time and that they be given until May 12, 2026, to file a motion to seal. (Doc. #375).

For the reasons set forth in Chase and Mr. Schlanger's letter-motion, the request is GRANTED.

Accordingly, it is HEREBY ORDERED:

1. The Court will not publicly docket the Motion at this time.

2. By **May 12, 2026**, Chase and Mr. Schlanger shall file a letter-motion to seal portions of the Motion. The letter-motion shall include the proposed public version of the Motion.

3. By **May 21, 2026**, Chase and Mr. Schlanger shall file their response to the Motion.

4. By **May 28, 2026**, plaintiff shall file a reply, if any, in further support of the Motion.

The Clerk is directed to terminate the letter-motion. (Doc. #375).

Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: May 7, 2026
      White Plains, NY

                      SO ORDERED:

                      Vincent L. Briccetti
                      United States District Judge