UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

LISA LOMBARDO,

                Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

                Defendant.

------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/26

**ORDER**

20 CV 6813 (VB)

Copies Mailed/Faxed 5/12/26
Chambers of Vincent L. Briccetti

By letter-motion dated May 12, 2026, defendant JPMorgan Chase Bank, N.A. ("Chase"), and interested party Schlanger Law Group, LLP, seek to seal portions of Plaintiff's "Consolidated Motion Pursuant to Fed. R. Civ. P. 52(b) to Amend Findings of Fact and Fed. R. Civ. P. 59(e) to Alter Or Amend Judgment" (the "Motion"). In connection with the motion to seal, Chase and Mr. Schlanger filed a sealed version of the unredacted Motion and publicly filed a proposed redacted version of the Motion. For the reasons set forth in Chase and Mr. Schlanger's letter-motion, the request is GRANTED.

Accordingly, it is HEREBY ORDERED:

1. The unredacted version of the Motion (Doc. #379) shall remain filed under seal.

2. The redacted version of the Motion (Doc. #377) shall remain on the docket as filed.

3. The Clerk is instructed to terminate the letter-motion. (Doc. #378).

Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: May 12, 2026
      White Plains, NY

                            SO ORDERED:

                            _____
                            Vincent L. Briccetti
                            United States District Judge