Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LISA LOMBARDO,                                  :

              Plaintiff,                      :

                                  :    **ORDER**

v.                                              :

                                    :    20 CV 6813 (VB)

JPMORGAN CHASE BANK, N.A.,                       :

              Defendant.                     :

------------------------------------------------------------x

On June 1, 2026, interested party Daniel Schlanger, Esq., filed a letter motion (Doc. #383), to seal and redact portions of its opposition to plaintiff's "Consolidated Motion Pursuant To Fed. R. Civ. P. 52(b) To Amend Finding Of Fact and Fed. R. Civ. P. 59(e) To Alter Or Amend The Judgment." For the reasons set forth in Mr. Schlanger's letter-motion, the request is GRANTED.

Accordingly, it is HEREBY ORDERED:

1. The unredacted version of the opposition brief (Doc. #384) shall remain filed under seal.

2. The redacted version of the opposition brief (Doc. #385) shall remain on the docket as filed.

3. The Clerk is instructed to terminate the letter-motion. (Doc. #383).

Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: June 5, 2026
      White Plains, NY                SO ORDERED:

                                              _____
                                              Vincent L. Briccetti
                                              United States District Judge