Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LISA LOMBARDO,                              :

          Plaintiff,               :

                          :       **ORDER**

v.                                          :

                          :       20 CV 6813 (VB)

JPMORGAN CHASE BANK, N.A.,                   :

          Defendant.              :

------------------------------------------------------------x

       By letter-motion dated June 23, 2026, defendant JPMorgan Chase Bank, N.A. ("Chase"), and interested party Schlanger Law Group, LLP, seek to seal plaintiff's reply papers in further support of her motion to set aside/amend the judgment (Docs. ##389, 390). (Doc. #391). Chase and Schlanger Law Group, LLP, further request to file redacted copy of the reply papers on the docket by close of business Monday, June 29, 2026. For the reasons set forth in the letter-motion, the request is GRANTED.

       Accordingly, it is HEREBY ORDERED:

1. The Clerk is directed to place Docs. ##389 and 390 under seal.

2. Schlanger Law Group, LLP, shall file a redacted copy of the reply papers on the docket by close of business Monday, June 29, 2026.

3. The Clerk is instructed to terminate the letter-motion. (Doc. #391).

       Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: June 24, 2026
       White Plains, NY

                            SO ORDERED:

                            _____
                            Vincent L. Briccetti
                            United States District Judge