Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA LOMBARDO,
Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
Defendant.

**ORDER**

20 CV 6813 (VB)

By letter filed July 6, 2026, interested party Schlanger Law Group, LLP, ("Schlanger") requests that certain materials submitted by plaintiff for the first time on reply be disregarded or, in the alternative, that Schlanger be permitted a sur-reply. (Doc. #395).

The Court will decide plaintiff's "Consolidated Motion Pursuant to Fed. R. Civ. P. 52(b) to Amend Findings of Fact and Fed. R. Civ. P. 59(e) to Alter Or Amend Judgment" (the "Motion") in due course, disregarding any materials submitted in support of the Motion that are improper under the Federal Rules. See Nastasi & Assocs., Inc. v. Bloomberg, L.P., 2020 WL 2555281, at *1 (S.D.N.Y. May 20, 2020) ("[U]nder Rules 59(e) and 60(b)(2) of the Federal Rules of Civil Procedure, a party may not seek relief based on evidence that was not previously submitted to the Court if the party reasonably could have presented the evidence, but chose not to."). The Court will consider only evidence that is properly submitted on a motion for reconsideration.

Notwithstanding the foregoing, given that plaintiff has submitted these materials, fairness requires that Schlanger be given an opportunity to respond. Accordingly, Schlanger may file a sur-reply, not to exceed 10 pages in length, by no later than July 17, 2026. No additional submissions from either party will be accepted.

Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: July 7, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge