Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LISA LOMBARDO, Plaintiff, | : | **ORDER** |
| v. | : | 20 CV 6813 (VB) |
| JPMORGAN CHASE BANK, N.A., Defendant. | : | |

By letter dated July 7, 2026 (Doc. #397), plaintiff requests that the Court deny interested party Schlanger Law Group, LLP's ("Schlanger") request to file a sur-reply and disregard certain record exhibits (Doc. #395). Plaintiff's request in DENIED.

As stated in the Court's July 7, 2026, Order granting Schlanger's request to file a sur-reply (a copy of which was mailed and emailed to plaintiff), fairness require that Schlanger be given an opportunity to respond to materials submitted by plaintiff for the first time on reply. (Doc. #396).

Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: July 10, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge