Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA LOMBARDO,
Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
Defendant.

**ORDER**

20 CV 6813 (VB)

By letter-motion dated July 20, 2026, interested party Schlanger Law Group, LLP, ("Schlanger") seeks to seal Schlanger's Sur-Reply in Further Support of its Opposition to Plaintiff Lisa Lombardo's Consolidated Motion Pursuant to Fed. R. Civ. P. 52(b) and 59(e) (Doc. #399). (Doc. #400). For the reasons set forth in Schlanger's letter-motion, the request is GRANTED.

Accordingly, it is HEREBY ORDERED:

1. The Clerk is directed to file Doc. #399 under seal.
2. The Court will separately file on ECF the redacted brief filed as Exhibit A to Doc. #400.
3. The Clerk is instructed to terminate the letter-motion. (Doc. #400).

Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to lombardct@yahoo.com.

Dated: July 21, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge